| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Remember Me Senior Care, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
83-1182467

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **120 King Den Drive NW** **Cleveland, TN 37312** | **120 King Den Drive NW** **Cleveland, TN 37312** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bradley** County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Remember Me Senior Care, LLC**_____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor  **Remember Me Senior Care, LLC**  Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Remember Me Senior Care, LLC**     Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2025**
                 MM / DD / YYYY

**X**   **/s/ Tracy O. Sneed**            **Tracy O. Sneed**
    Signature of authorized representative of debtor       Printed name

Title    **Owner/President**

**18. Signature of attorney**

**X**   **/s/ Jeffrey W. Maddux**        Date   **February 24, 2025**
    Signature of attorney for debtor                MM / DD / YYYY

**Jeffrey W. Maddux (#27394)**
Printed name

**Chambliss, Bahner & Stophel, P. C.**
Firm name

**Liberty Tower**
**605 Chestnut Street, Ste. 1700**
**Chattanooga, TN 37450**
Number, Street, City, State & ZIP Code

Contact phone   **423-757-0296**      Email address   **jmaddux@chamblisslaw.com**

**(#27394) TN**
Bar number and State

```
401go
9815 Monroe St #301
Sandy, UT 84070

AFC Urgent Care
1025 Peerless Crossing
Cleveland, TN 37323

Alice Brooks
501 E Clark Blvd
Murfreesboro, TN 37129

Allstar Fire Protection
PO Box 711
Madison, TN 37116

Andrew Johnson Bank
PO Box 907
Greeneville, TN 37744

AT&T
PO Box 5014
Carol Stream, IL 60197

Atlas Fire Protection
PO Box 713
Athens, TN 37371

Audacy Operations Inc.
PO Box 74093
Cleveland, OH 44194

Baker Donelson Bearman Caldwell
633 Chestnut Street, Suite 1900
Attn: Richard D. Faulkner, Jr.
Chattanooga, TN 37450

Banyon Investments
717 St. Joseph Drive, PMB #191
Saint Joseph, MI 49085

Ben Garner
168 Jonida Ct.
Cleveland, TN 37323

Bob Lubell
PO Box 229
Varnell, GA 30756

Boone, LLC
6511 Old Blacks Ferry
Knoxville, TN 37931
```

Boundless Moving and Storage
5595 N. Lee Hwy
Cleveland, TN 37312

Bradley County Trustee
1701 Keith St NW
Cleveland, TN 37311

Breeze Advance


Candace Ramsey Childrens Trust
695 Jep Wheeler Road
Woodstock, GA 30188

Capital One
PO Box 30285
Salt Lake City, UT 84130

Care Patrol
PO Box 2414
Ooltewah, TN 37363

Care Predict
324 S University Dr
Plantation, FL 33324

Charlie Ramsey
695 Jep Wheeler Rd
Woodstock, GA 30188

Chattanooga Gas Co.
BOX 4569
Atlanta, GA 30302

Checkr
1 Montgomery Street, Ste. 2400
San Francisco, CA 94104

Cheryl Carroll
3426 Pershing Drive
Murfreesboro, TN 37129

Clark Food Service Equipment
PO Box 69628
Baltimore, MD 21264

Clay Sneed


Cleveland Business Machine
3142 Frazier Park
Cleveland, TN 37323

```
Cleveland Utilities
P. O. Box 2730
Cleveland, TN 37320-2730

Corporataion Service Company,
PO Box 2576
UCCSPREP CSCINFORM COM
Springfield, IL 62708

Cozzini Bros, Inc
8430 W Bryn Mawr Avenue
Chicago, IL 60631

Creative Features
256 County Road 115
Athens, TN 37303

Damron Plumbing, LLC
PO Box 21729
Chattanooga, TN 37424

Daniel Sand


Delois Kasper
6244 Catalina Drive #4202
North Myrtle Beach, SC 29582

Delta Dental
PO Box 23470
901 Broadway
Nashville, TN 37202

Dementia By Day, LLC
319 Fredrick Ave
Sewickley, PA 15143

Direct Primary Care Associates
2626 Peerless Rd NW
Cleveland, TN 37312

Discount Heating and Cooling
206 Clara Lane SE
Cleveland, TN 37323

Dixie Produce, Inc
PO Box 429
Chattanooga, TN 37401

DLP Funding


Don Hughes
114 Bentley Park Drive NW
Cleveland, TN 37312
```

```
Donna Hendrix
PO Box 36
Smithville, TN 37166

Double DD Piping
PO Box 5117
Cleveland, TN 37320

Doug Cofer
7901 Candies Creek Ridge Rd
Charleston, TN 37310

Duane Lambert
5979 Candies Creek Ridge Rd
Charleston, TN 37310

E Security Tech
2101 Fort St
Chattanooga, TN 37408

Eastern Alliance
PO Box 74490
Cleveland, OH 44194

Ecolab
PO Box 32027
New York, NY 10087

Everest
102 West 38th Street, 6th Floor
New York, NY 10018

Everest Business


Expert Service Appliance
9018 Ooltewah Georgtown Rd
Ooltewah, TN 37363

Fred Hopkins
1 Acorn Lane
Cleveland, TN 37312

Freeda Helton
19 Acorn Lane NE
Cleveland, TN 37312

Freedom Life Insurance
300 Burnett St
Fort Worth, TX 76102

Gene Officer
PO Box 3633
Cleveland, TN 37320
```

```
Grove Menus, Inc
16404 NE 127th St
Kearney, MO 64060

HD Supply
PO Box 404468
Atlanta, GA 30384

Henson Family Trust
435 26th Street NW
Cleveland, TN 37311

Higdon Companies, Inc
1618 Gunbarrel Rd, Ste. 103
Chattanooga, TN 37421

Hireology
PO Box 8130
Carol Stream, IL 60197

Interstate FIlings as the Representative
Hewlett 301 Mill Road Suite U-5
 00001-1557

IPFS
PO Box 730223
Dallas, TX 75373

Jack Duggan
PO Box 5330
Cleveland, TN 37320

Janice Hughes
1923 Ridgepoint Drive NW
Cleveland, TN 37312

Joe Lemons
2008 Eugenia Avenue NW
Cleveland, TN 37312

Joe Sardone
315 Banberry Drive
Mc Donald, TN 37353

John Harden


Johnstone Supply
1401 S Lee Hwy
Cleveland, TN 37311

Julian Robinson
3442 Ramblewood Cir.NW
Cleveland, TN 37312
```

Julie Wilson

Julius Montagna
477 Bohannons Rd SE
Cleveland, TN 37323

Ken's Appliance Store
511B Middle Tennessee Blvd
Murfreesboro, TN 37129

Kimvirli Ortiz-Ruiz
1505 Durkee Rd SE
Cleveland, TN 37323

Kona Ice
3925 Adkisson Dr #3614
Cleveland, TN 37312

Larry Gibson
223 Hickory Crest Drive
Cleveland, TN 37323

Lien Solutions
PO Box 29071
Glendale, CA 91203

LiftForward
PO Box 1880
Minneapolis, MN 55480

Lisa Garner
168 Jonida Ct.
Cleveland, TN 37323

Marc Lane Ministries
PO Box 2276
Cleveland, TN 37320

Marsha McKenzie
303 Grove Avenue NW
Cleveland, TN 37311

Matrix Trust Company

Matt Bennie

Matterport
352 East Java Drive
Sunnyvale, CA 94089

```
McKesson
PO Box 204786
Dallas, TX 75320

Mechanical Systems, Inc.
PO Box 470
Charleston, TN 37310

MedTelligent
306 W Erie St, 5th Floor
Chicago, IL 60654

Merged Funding Group, Corp
c/o Zachary B. Johnson
Padgett Law Group
546 Silicon Drive, Suite 203
Southlake, TX 76092

Morris Irrevocable Trust


Moyers Nutrition Services, LLC
5951 Nature Lane
Knoxville, TN 37912

Nixson Power Services
PO Box 306448
Nashville, TN 37230

People Center, Inc.
430 California St
San Francisco, CA 94104-1301

Performance Food Service
PO Box 51150
Knoxville, TN 37950

Pharmacy Home Care
PO Box 2607
Cleveland, TN 37320

QFS Captials LLC
16192 Coastal HWY
Lewes, DE 19958

Ralph Chase
513 Kile Lane SW
Cleveland, TN 37311

Ray Hughes
1923 Ridgepoint Drive NW
Cleveland, TN 37312
```

Relias
PO Box 74008620
Chicago, IL 60674

Ricky Butler
PO Box 3146
Cleveland, TN 37320

Rippling
55 Second St., Ste. 1500
San Francisco, CA 94105

Scott Jones


Selective Insurance
6210 Ardrey Kell Rd., Ste. 500
Charlotte, NC 28277

Sequim
1130 Northcase Parkway, Ste. 150
Marietta, GA 30067

Signal Technologies
111 Centrum Drive
Irmo, SC 29063

SLAG Investments


Solinity
PO Box 50281
Knoxville, TN 37950

Spectrum
PO Box 94188
Palatine, IL 60094

Square
90 E Halsey Rd
Parsippany, NJ 07054

Square Advance


Starr Dixon
123 Bentley Park Drive NE
Cleveland, TN 37312

State of Tennessee Dept of Revenue
500 Deaderick Street
Nashville, TN 37242

Stericycle
28883 Network Place
Chicago, IL 60673

Sun Paper & Janitorial Supply, Inc.
PO Box 4522
Cleveland, TN 37320

Supply 360
335 Industrial Park Blvd.
Montgomery, AL 36117

Sysco
900 Tennessee Ave
Knoxville, TN 37921

TempWorks Heating & Air
1859 Timber Creek Rd.
Cleveland, TN 37323

The Home Depot Pro
PO Box 404468
Atlanta, GA 30384

TN Dept of Labor
220 French Landing Drive
Nashville, TN 37243

Ullrich
PO Box 259
Knoxville, TN 37901

Universal Waste
PO Box 525
Cleveland, TN 37364

Unum Group
PO Box 100158
Columbia, SC 29202

US Foods
PO Box 602224
Charlotte, NC 28260

Vanessa Torrance
7417 Royal Harbor Circle
Ooltewah, TN 37363

Verizon
PO Box 660108
Dallas, TX 75266-0108

Volunteer Rid A Pest
4830 Camelia Ave. NW
Cleveland, TN 37312

```
WA Smith
2212 Heritage Place Drive NW
Cleveland, TN 37312

Waste Connections
PO Box 535233
Pittsburgh, PA 15253

Wayne Hughes
6018 Union Springs Drive
Hahira, GA 31632

WCLE
PO Box 2695
Cleveland, TN 37320

We R CPR, LLC
9854 Dallas Hollow Rd
Soddy Daisy, TN 37379

What Chefs Want
PO Box 429
Chattanooga, TN 37401

Willis Estate
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Remember Me Senior Care, LLC**  
Debtor(s)

Case No.   
Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Remember Me Senior Care, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Johnny Holder, Jr.**  
**12415 Ooltewah Georgetown Road**  
**Georgetown, TN 37336**

**Tracy Sneed**  
**120 King Den Drive NW**  
**Cleveland, TN 37312**

☐ None [*Check if applicable*]

**February 24, 2025**  
Date

**/s/ Jeffrey W. Maddux**  
**Jeffrey W. Maddux (#27394)**  
Signature of Attorney or Litigant  
Counsel for   **Remember Me Senior Care, LLC**  
**Chambliss, Bahner & Stophel, P. C.**  
**Liberty Tower**  
**605 Chestnut Street, Ste. 1700**  
**Chattanooga, TN 37450**  
**423-757-0296 Fax:423-508-1296**  
**jmaddux@chamblisslaw.com**